

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00711-CV

**IN RE** Julian **CARRION**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: December 7, 2022

MOTION TO DISMISS AS MOOT GRANTED; PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator has filed an unopposed motion to dismiss his petition for a writ of mandamus as moot. The motion states the parties have reached a settlement agreement, which will result in relator's dismissal from the underlying cause. The motion is granted. Relator's petition for a writ of mandamus is dismissed as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CI-05288, styled *Carla Mulder v. Julian Carrion and Crestbrook Insurance Company d/b/a Nationwide Private Client*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.